## H.J. HEINZ COMPANY AND SUBSIDIARIES, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2007–5146.

United States Court of Appeals, Federal Circuit.

March 16, 2009.

Eric R. Fox, Robert Howard Wellen, Ivins, Phillips & Barker, Chartered, Washington, DC, Cliffton Bledsoe Cates III, Ivins, Phillips & Barker Chartered, Pasadena, CA, for Plaintiff–Appellant.

Francesca U. Tamami, Kenneth L. Greene, Gilbert S. Rothenberg, Judith A. Hagley, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Brian K. NEWSOME, Petitioner,

v.

## DEPARTMENT OF the TREASURY, Respondent.

### No. 2009–3019.

United States Court of Appeals, Federal Circuit.

March 16, 2009.

Brian K. Newsome, Lithonia, GA, pro se.

### ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.